DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF CONSTRUCTION WORKERS
LOCAL 147 ANNUITY FUND *et al.*,

            Plaintiffs,

-v-

KING CARE, LLC *et al.*,

            Defendants.

No. 09 Civ. 5506 (RJS)
<u>ORDER</u>

---

<u>RICHARD J. SULLIVAN</u>, District Judge:

    The Court is in receipt of the parties' jointly submitted letter, dated June 24, 2009, requesting an extension of one day to submit a proposed stipulation and consent order. The Court grants the parties' request. The parties are ordered to submit their proposed stipulation no later than Thursday, June 25, 2009. The stipulation should be sent to the chambers' email address at sullivannysdchambers@nysd.uscourts.gov. The parties are reminded that they have also been ordered to furnish the Court with a jointly-prepared proposed case management and discovery plan no later than July 16, 2009.

SO ORDERED.

Dated:      June 24, 2009
              New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE