UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/09
```

RICHARD T. FITZSIMMONS, *et al.*,

                Plaintiffs,

-v-

KING CARE, LLC *et al.*,

                Defendants.

No. 09 Civ. 5506 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

As stated by the Court at the conference held before it on Wednesday, September 9, 2009, Defendants are granted leave to file an amended answer with amended counterclaims no later than Wednesday, September 23, 2009. If Defendants file an amended answer with amended counterclaims, Plaintiffs shall file their answer to the counterclaims within the time permitted under the Federal Rules of Civil Procedure. As further stated at the September 9, 2009 conference, the Parties are reminded to comply with the dates set forth in the Court's July 16 2009 Case Management Plan and Scheduling Order.

SO ORDERED.

Dated:      September 9, 2009
              New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE